ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL  #196129
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us

Attorneys for Defendant Shemia Fagan

[Counsel for other moving parties listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARC THIELMAN; BEN EDTLE; JANICE DYSINGER; DON POWERS; SANDRA NELSON; CHUCK WIESE; LORETTA JOHNSON; TERRY NOONKESTER; STEVE CORDERIO; JEANINE WENNING; DIANE RICH; PAM LEWIS; SENATOR DENNIS LINTHICUM; individually and on behalf of all similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>SHEMIA FAGAN, in her official capacity as Oregon Secretary of State; CLACKAMAS COUNTY; WASHINGTON COUNTY; MULTNOMAH COUNTY; LANE COUNTY; LINN COUNTY; MARION COUNTY; JACKSON COUNTY; DESCHUTES COUNTY; YAMHILL COUNTY; DOUGLAS COUNTY; KLAMATHA COUNTY; COOS COUNTY,<br><br>      Defendants. | Case No.  3:22-cv-01516-SB<br><br>DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT |

Page 1 -   DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
BM2/bs4/596753587

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Defendants move to extend the time to respond to Plaintiffs' Complaint to December 16, 2022. *See* L.R. 16-3. Plaintiffs do not oppose this motion.

The current due date of Defendants' responses to the complaint varies depending on the date each Defendant was served. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). The earliest a Defendant was served was October 17. Defendants request an extension to 60 days after that date.

Defendants do not seek an extension of other deadlines at this time. No previous requests for extensions of time to respond to the Complaint have been requested or granted.

DATED November  1 , 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

     *s/ Brian Simmonds Marshall*
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.state.or.us
Of Attorneys for Defendant Shemia Fagan

FOR CLACKAMAS COUNTY:

*/s/ Stephen L. Madkour*
STEPHEN L. MADKOUR; OSB No. 941091
Clackamas County Counsel
2051 Kaen Road
Oregon City, OR 97045
P: (503) 655-8362
smadkour@clackamas.us

FOR COOS COUNTY:

/s/ Audrey F. Boyer
AUDREY F. BOYER, OSB No. 106560
aboyer@carollolegal.com
Carollo Law Group, LLC
Attorney for Defendant Coos County
P.O. Box 2456
Roseburg, OR 97470
Phone: (541) 957-5900
Fax: (541) 957-5923

Page 2 -   DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO
           RESPOND TO THE COMPLAINT
           BM2/bs4/596753587

**FOR DESCHUTES COUNTY:**

*/s/ David Doyle*
DAVID DOYLE; OSB No. 901477
Deschutes County Legal Counsel
1300 NW Wall St., Ste. 205
Bend, OR 97703
P: (541) 388-6625
david.doyle@deschutes.org

**FOR DOUGLAS COUNTY:**

*/s/ Paul E. Meyer*
PAUL E. MEYER; OSB No. 901445
Douglas County Counsel
1036 SE Douglas Ave., Rm. 321
Roseburg, OR 97470
P: (541) 440-4375
pemeyer@co.douglas.or.us

**FOR JACKSON COUNTY:**

*/s/ Brett A. Baumann*
BRETT A. BAUMANN; OSB No. 085947
Jackson County Counsel
10 S Oakdale, Ste. 214
Medford, OR 97501
P: (541) 774-6160
baumanba@jacksoncounty.org

**FOR KLAMATH COUNTY:**

*/s/ Marcus M. Henderson*
MARCUS M. HENDERSON;
OSB No. 023241
Klamath County Counsel
305 Main St., 2nd Fl.
Klamath Falls, OR 97601
P: (541) 883-4267
mhenderson@klamathcounty.org

**FOR LANE COUNTY:**

*/s/ Sebastian Tapia*
Sebastian Tapia, OSB No. 043761
Lane County Office of Legal Counsel
125 E 8th Ave.
Eugene, OR 97401
P: (541) 682-4442
Sebastian.tapia@lanecountyor.gov

**FOR LINN CO UNTY:**

*/s/ Eugene J. Karandy II*
EUGENE J. KARANDY II; OSB No. 972987
Linn County Attorney's Office
P.O. Box 100
Albany, OR 97321
P: (541) 967-5424
gkarandy@co.linn.or.us

**FOR MARION COUNTY:**

*/s/ Jane E. Vetto*
JANE E. VETTO; OSB No. 914564
Marion County Legal Counsel
P.O. Box 14500
Salem, OR 97309
P: (503) 588-5220
jvetto@co.marion.or.us

**FOR MULTNOMAH COUNTY:**

*/s/ B. Andrew Jones*
B. ANDREW JONES; OSB No. 091786
Multnomah County Attorney's Office
501 SE Hawthorne Blvd., Ste. 500
Portland, OR 97214
P: (503) 988-3138
andy.jones@multco.us

Page 3 -   DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
BM2/bs4/596753587

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| FOR WASHINGTON COUNTY: | FOR YAMHILL COUNTY: |
|---|---|
| */s/ John Mansfield* | */s/ Christian F. Boenisch* |
| JOHN MANSFIELD; OSB No. 055390 | CHRISTIAN F. BOENISCH; |
| Office of Washington County Counsel | OSB No. 972170 |
| 155 N First Ave., Ste. 340 | Yamhill County Counsel's Office |
| Hillsboro, OR 97124 | 535 NE 5th St. |
| P: (971) 401-6915 | McMinnville, OR 97128 |
| john_mansfield@washingtoncountyor.gov | P: (503) 434-7502 |
| | boenischc@co.yamhill.or.us |

Page 4 -   DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
BM2/bs4/596753587