IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARC THIELMAN *et al.*, | Case No. 3:22-cv-01516-SB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| SHEMIA FAGAN *at al.*, | |
| Defendants. | |

Based on the Court's OPINION AND ORDER,

IT IS ADJUDGED that this case is DISMISSED.

**IT IS SO ORDERED.**

DATED this 29th day of June, 2023.

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – JUDGMENT